IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40009
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEXTER BROWN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-4-1
- - - - - - - - - -
June 13, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Dexter Brown appeals from the denial of his motion to suppress. He argues that the district court erred by refusing to suppress crack cocaine discovered in his vehicle, in a bag inside his passenger's purse, during a traffic stop. He contends that neither the initial traffic stop nor the subsequent prolonged detention were reasonable under the Fourth Amendment. He also challenges the warrantless search of his passenger's purse. The government does not question Brown's standing to challenge the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

search of his passenger's purse, and thereby waives what would appear to be a determinative issue.

We have reviewed the record and find no reversible error. See Ornelas v. United States, ___ U.S. ___, 1996 WL 276414 (U.S. May 28, 1996).  Accordingly, we AFFIRM the judgment for essentially the reasons given by the district court.

AFFIRMED.